UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

YESSENIA CASTILLO,

            Plaintiff,

  v.

PUGET SOUND ENERGY,

            Defendant.

CASE NO. 2:23-cv-00479-RSM

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

    Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C § 1915(a)(1).  The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

    The Clerk shall provide a copy of this Order to plaintiff and to District Court Judge Ricardo S. Martinez.

    DATED this 29th day of March, 2023.

                                        BRIAN A. TSUCHIDA
                                        United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1