1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

YESSENIA CASTILLO,

10

Plaintiff,

11

v.

12

PUGET SOUND ENERGY,

13

Defendant.

14

15

Case No. C23-00479RSM

ORDER TO SHOW CAUSE

16    *Pro se* Plaintiff Yessenia Castillo was granted leave to proceed *in forma pauperis* in this

17    matter on March 29, 2023.   Dkt. #5.   The Complaint has been posted on the docket. #6.

18    Summons has not yet been issued.

19    Ms. Castillo pleads the Court "has jurisdiction due to the diversity of citizenship

20

21    between the parties as stated in 28 USC 1332."   *Id*. at 1.   No other source of subject matter

22    jurisdiction is listed.

23    Ms. Castillo's address is 14110 NE 179th Street, #27 in Woodinville, Washington. This

24

25    is how the Court will be able to contact Ms. Castillo; it appears to be a residential address.   The

26    Defendant, Puget Sound Energy, is an organization located in Bellevue, Washington.   This case

27    has something to do with Puget Sound Energy issuing several energy bills to Ms. Castillo at her

28    address, above.   *See id*. at 12.   The amount owed to Puget Sound Energy appears to be less than

ORDER TO SHOW CAUSE - 1

$1,000. The Court assumes, from the pleading and attachments, that Ms. Castillo is a resident of Washington State. To the contrary, she pleads she is "People of United States of America, National non-citizen, nonresident, non-subject, native of Connecticut Republic," *id.* at 1, but offers no evidence or credible argument that she resides outside Washington State. Accordingly, because the parties reside in the same state, and given the amount in dispute, it is unclear how the Court has subject matter jurisdiction over this case. *See* 28 U.S.C. § 1332. Ms. Castillo does not plead, in a plausible way, a federal cause of action. Ms. Castillo's energy bill dispute should almost certainly be handled outside of federal court.

Turning to the substance of the Complaint, Ms. Castillo appears to argue that she should be able to pay off her Puget Sound Energy bill with a single dollar of US currency, or with a money order "from the Yesse El Living Trust," or with a Bill of Exchange. Dkt. #6 at 1. Ms. Castillo asks the Court to command Puget Sound Energy to "produce for the record, the Legislative Act that created their Authority to 1) enforce an instrument they are not in possession of, 2) to lend services as required by Law." *Id*. at 2. The Complaint repeatedly refers to possession of a note, but this case does not appear to involve a home mortgage or other type of loan. Ms. Castillo has attached letters from Puget Sound Energy to her indicating that it cannot accept the payment she is providing because "the paperwork you sent us is not negotiable." *Id*. at 16.

The Court will dismiss a Complaint at any time if the action fails to state a claim, raises frivolous or malicious claims, or seeks monetary relief from a defendant who is immune from such relief. *See* 28 U.S.C. § 1915(e)(2)(B).

It appears to the Court that Defendant Puget Sound Energy is simply trying to collect payment for a utility bill. Ms. Castillo would prefer to not pay that bill. There does not appear

ORDER TO SHOW CAUSE - 2

to be any legal basis for the Court to command Puget Sound Energy to do anything, even assuming the Court has jurisdiction over this case.

This Complaint appears to suffer from deficiencies that require dismissal. *See* 28 U.S.C. § 1915(e)(2)(B). In Response to this Order, Ms. Castillo must write a short statement telling the Court: (1) why this Court has subject matter jurisdiction over this case, (2) why this case should not be dismissed as frivolous. **This Response may not exceed six double-spaced (6) pages**. Attachments or amended pleadings are not permitted. The Court will take no further action in this case until Ms. Castillo has submitted this Response.

Accordingly, the Court hereby finds and ORDERS that Ms. Castillo shall file a Response to this Order to Show Cause containing the detail above **no later than thirty (30) days from the date of this Order**. Failure to file this Response will result in case dismissal.

DATED this 3rd day of April, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER TO SHOW CAUSE - 3